IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DERRICK MARCELL PERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 03-P-2761-S |
| ) | |
| COMMISSIONER DONAL CAMPBELL, ) | |
| and WARDEN W. S. BULLARD, ) | |
| ) | |
| Defendants. ) | |

**ENTERED**
JAN 28 2004

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 1, 2003, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 28th day of January, 2004.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE